JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| JON ROBERT PERROTON, | ) | No. CV 09-01569-R (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES PAROLE COMMISSION and MICHAEL BENOV, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: March 3, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE